**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JASON EDWARD SORROW,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-01036-O-BP** |
| | § | |
| **KING & GEORGE LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Counts IV, V, VI, IX, and X of Plaintiff's Complaint are **DISMISSED**.

**SO ORDERED** this **15th day** of **June, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**